MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

TERESA CABRAL, an individual

　　　　　Plaintiff,

vs.

VITAL RECOVERY SERVICES, INC., a Georgia corporation,

　　　　　Defendant.

Case No.: 2:12-cv-1012

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TERESA CABRAL (herein after referred to as, "Plaintiff"), by and through her attorney of record, Mark J. Bourassa, Esq., of THE BOURASSA LAW GROUP, LLC, and Defendant, VITAL RECOVERY SERVICES, INC (herein after referred to as "Defendant"), by and through its attorneys of record, Gregory A. Kraemer, Esq., COOPER, LEVENSON, APRIL, NEIDELMAN & WAGENHEIM, P.A., that Plaintiff's claims against Defendant be dismissed in their entirety

///

///

///

///

///

- 1 -

**without prejudice**, with each party to bear their own attorneys' fees and costs.

**AGREED AND ACCEPTED:**

| **Plaintiff:** | **Defendant:** |

DATED this 3rd day of October 2012.          DATED this 27th day of September 2012.

**THE BOURASSA LAW GROUP, LLC**          **COOPER, LEVENSON, APRIL,**
                                                                                      **NEIDELMAN & WAGENHEIM, P.A**

By: **MARK J. BOURASSA, ESQ.**          By **/S/ GREGORY A. KRAEMER, ESQ.**
   Mark J. Bourassa, Esq.                              Gregory A. Kraemer, Esq.
   Nevada Bar No. 007999                           Nevada Bar No. 010911
   8668 Spring Mountain Road, Suite 101    6060 Elton Ave, Suite A
   Las Vegas, Nevada 89117                       Las Vegas, Nevada 89107
   Telephone: (702) 851-2180                       Telephone: (702) 366-1125
   Facsimile: (702) 851-2189                         Facsimile: (702) 366-1857

### ORDER

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the claims of Plaintiffs as against Defendant are dismissed **without prejudice**, each party to bear their own attorneys' fees and costs.

**DATED** this 4th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge