MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TERESA CABRAL, an individual

    Plaintiff,

vs.

VITAL RECOVERY SERVICES, INC., a Georgia corporation,

    Defendant.

Case No.: 2:12-cv-1012

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TERESA CABRAL (herein after referred to as, "Plaintiff"), by and through her attorney of record, Mark J. Bourassa, Esq., of THE BOURASSA LAW GROUP, LLC, and Defendant, VITAL RECOVERY SERVICES, INC (herein after referred to as "Defendant"), by and through its attorneys of record, Gregory A. Kraemer, Esq., COOPER, LEVENSON, APRIL, NEIDELMAN & WAGENHEIM, P.A., that Plaintiff's claims against Defendant be dismissed in their entirety

///

///

///

///

///

- 1 -

**without prejudice**, with each party to bear their own attorneys' fees and costs.

**AGREED AND ACCEPTED:**

| **Plaintiff:** | **Defendant:** |
|---|---|
| DATED this 3rd day of October 2012. | DATED this 27<u>th</u> day of September 2012. |
| **THE BOURASSA LAW GROUP, LLC** | **COOPER, LEVENSON, APRIL, NEIDELMAN & WAGENHEIM, P.A** |
| By: **MARK J. BOURASSA, ESQ.**<br>Mark J. Bourassa, Esq.<br>Nevada Bar No. 007999<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, Nevada 89117<br>Telephone: (702) 851-2180<br>Facsimile: (702) 851-2189 | By **/S/ GREGORY A. KRAEMER, ESQ.**<br>Gregory A. Kraemer, Esq.<br>Nevada Bar No. 010911<br>6060 Elton Ave, Suite A<br>Las Vegas, Nevada 89107<br>Telephone: (702) 366-1125<br>Facsimile: (702) 366-1857 |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the claims of Plaintiffs as against Defendant are dismissed **without prejudice**, each party to bear their own attorneys' fees and costs.

**DATED** this 4th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge